Matter of Murray (2024 NY Slip Op 04356)

Matter of Murray

2024 NY Slip Op 04356

Decided on September 5, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 5, 2024

PM-173-24
[*1]In the Matter of John Francis Murray, an Attorney. (Attorney Registration No. 1195940)

Calendar Date:September 3, 2024

Before:Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ.

John Francis Murray, Woodbridge, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
John Francis Murray was admitted to practice by this Court in 1958 and lists an address in Woodbridge, Virginia with the Office of Court Administration. Murray now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Murray's application.
Upon reading Murray's affidavit sworn to July 25, 2024 and filed July 29, 2024, and upon reading the August 27, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Murray is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ., concur.
ORDERED that John Francis Murray's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that John Francis Murray's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that John Francis Murray is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Murray is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that John Francis Murray shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.